```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAMIRO ARCE-MORALES
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S. 05-0093-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER RE** |
|  | ) **CONTINUANCE OF STATUS HEARING AND** |
| RAMIRO ARCE-MORALES, | ) **FINDINGS OF EXCLUDABLE TIME** |
|  | ) DATE:  June 29, 2005 |
| Defendant. | ) TIME:  9:00 a.m. |
|  | ) JUDGE: Hon. William B. Shubb |
| _____ | ) |

RAMIRO ARCE-MORALES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, JASON HITT, Assistant United States Attorney, hereby agree that the trial confirmation hearing set for May 18, 2005 at 9:00 a.m. and the jury trial set for June 1, 2005 be vacated and a status conference be set for June 29, 2005 at 9:00 a.m.  This continuance is requested because the defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our client and other witnesses.  The defendant in this case consents to this continuance.

Accordingly, all counsel and Mr. Arce-Morales agree that the time from May 18, 2005 through June 29, 2005 should be excluded in

computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to prepare].

DATED: _____, 2005

                              Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender

                              /S/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              RAMIRO ARCE-MORALES


                              McGREGOR SCOTT
                              United States Attorney

DATE: _____, 2005
                              /S/ Dennis S. Waks for

                              _____
                              JASON HITT
                              Assistant United States Attorney

```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HUGH DARNEL BOOKER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S. 05-0003-WBS |
| Plaintiff, ) | |
| v. ) | **ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME** |
| HUGH DARNEL BOOKER, ) | |
| Defendant. ) | DATE:  June 29, 2005 |
| ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for June 29, 2005 at 9:00 a.m. The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter. Accordingly, time under the Speedy Trial Act is excluded from May 18, 2005, through June 29, 2005, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED: May 13, 2005

_/s/ William B. Shubb_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3