QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMIRO ARCE-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 05-0093-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **CONTINUANCE OF STATUS HEARING AND** |
| | ) | **FINDINGS OF EXCLUDABLE TIME** |
| RAMIRO ARCE-MORALES, | ) | |
| | ) | DATE:  July 27, 2005 |
| Defendant. | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| _____ | ) | |

        RAMIRO ARCE-MORALES, by and through his counsel, DENNIS S.

WAKS, Supervising Assistant Federal Defender, and the United States

Government, by and through its counsel, JASON HITT, Assistant United

States Attorney, hereby agree that the status conference set for June

29, 2005 be rescheduled to Wednesday, July 27, 2005 at 9:00 a.m.  This

continuance is requested because the defense counsel requires

additional time to obtain discovery, continue our investigation, and to

interview our client and other witnesses

        Accordingly, all counsel and Mr. Arce-Morales agree that the

time from June 26, 2005 through July 27, 2005 should be excluded in

computing the time within which trial must commence under the Speedy

/ / /

1  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to

2  prepare].

3  DATED:  June 27, 2005

4                                      Respectfully submitted,

5                                      QUIN DENVIR
                                       Federal Defender
6
                                       /S/ Dennis S. Waks
7                                      _____
                                       DENNIS S. WAKS
8                                      Supervising Assistant Federal Defender
                                       Attorney for Defendant
9                                      RAMIRO ARCE-MORALES

10

11                                     McGREGOR SCOTT
                                       United States Attorney
12
   DATE:  June 27, 2005
13                                     /S/ Dennis S. Waks for
                                       _____
14                                     JASON HITT
                                       Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAMIRO ARCE-MORALES
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )  NO. CR.S. 05-0003-WBS
11                                 )
                    Plaintiff,     )
12                                 )  ORDER RE CONTINUANCE OF STATUS
            v.                     )  HEARING AND FINDINGS OF
13                                 )  EXCLUDABLE TIME
    RAMIRO ARCE-MORALES,           )
14                                 )  DATE:  July 27, 2005
                    Defendant.     )  TIME:  9:00 a.m.
15                                 )  JUDGE: Hon. William B. Shubb
    _____ )
16

17                        ORDER AND FINDINGS
         The new status conference is set for July 27, 2005 at 9:00 a.m.
18
    The court finds that the interests of justice are best served and the
19
    public interest is protected by granting the continuance in the above-
20
    captioned matter.  Accordingly, time under the Speedy Trial Act is
21
    excluded from June 29, 2005, through July 27, 2005, in computing the
22
    time within which trial must commence under the Speedy Trial Act,
23
    pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.
24
    (reasonable time to prepare.)
25
    DATED: June 27, 2005
26

27
28
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28